Sara E. PARKER, Plaintiff—Appellant,

v.

HOMESTEAD STUDIO SUITES HOTEL, Defendant—Appellee.

No. 05–1628.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 23, 2005.

Sara E. Parker, Appellant pro se. Brian David Darer, Parker, Poe, Adams & Bernstein, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sara E. Parker appeals the district court's order dismissing her housing discrimination action based on res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Parker v. Homestead Studio Suites Hotel,* No. CA–05–69–5 (E.D.N.C. May 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*